```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

**PHILANDER McFARLAND          ]**
    **Plaintiff,**               ]
                                        ]        **GENERAL DOCKET**
**v.**                                       ]        **No. 3:11-mc-0004**
                                        ]        **Judge Campbell**
**SUMNER COUNTY POLICE DEPARTMENT,]**
**et al.**                                   ]
    **Defendants.**              ]

## O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1). The plaintiff has neglected, however, to either pay the fee required for the filing of the complaint ($350) or submit a properly completed application to proceed in forma pauperis.

The Court further notes that the complaint is handwritten, confusing as to the defendants and the claims against the defendants, and is unsigned. As a consequence, these deficiencies must be cured before the Court can address the merits of the complaint. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to send the plaintiff a blank complaint form along with a blank application to proceed in forma pauperis and a copy of Administrative Order No.93. The

plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit an application to proceed in forma pauperis along with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). The plaintiff will complete the complaint, sign it, and return the complaint to the Clerk's Office within the specified thirty day period.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 606 (6th Cir. 1997).

It is so ORDERED.

_____
Todd Campbell
United States District Judge